WORZALLA, Appellant, vs. BLENKER and another, Respondents.

For the appellant: *Atwell & Atwell* of Stevens Point.

For the respondents: *Mount & Zander,* attorneys, and *H. R. Neubauer* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

HAZEN, by Guardian, Respondent, vs. FOX VALLEY CANNING COMPANY, Appellant.

For the appellant: *Gerald Jolin* of Hortonville, attorney, and *Walter Melchior* of Appleton of counsel.

For the respondent: *Sigman & Sigman* of Appleton.

*By the Court.*—Judgment affirmed.